the judgment, as to her, is also unanimously affirmed, without costs. In our opinion the verdict in favor of plaintiff wife is excessive. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Benefit of Certificate HOLDERS OF LAWYERS MORTGAGE COMPANY, MORTGAGE No. 40514, Respondent, v. QUEENS FREEHOLDS, INC., Appellant, et al., Defendants.— In an action to foreclose a mortgage, order granting reargument, and upon reargument adhering to the original decision which granted plaintiff's motion for summary judgment and appointed a referee to compute, and the judgment entered thereon, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The appeal from the original order and the appeals from the other orders in the record are dismissed, without costs. The extension agreement provided "That the whole of said principal sum shall become due after default in the payment of * * * any tax, * * * for thirty days after notice and demand." It is alleged in the complaint and denied in the answer that demand was duly made. The moving affidavit of plaintiff's vice-president states: " That demand for the payment of the same was made upon the defendants by sending to them the usual notice of demand for payment which was sent to all owners on the 1st day of April, 1941, and on or about the 10th day of April, 1941, which demand is made in the usual course and practice of its [plaintiff's] business." The answering affidavit of appellant's secretary states that notice of the demand was never received. Therefore an issue of fact was raised and it was error to grant summary judgment. Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee for the Benefit of Certificate Holders of LAWYERS MORTGAGE COMPANY, MORTGAGE No. 40515, Respondent, v. QUEENS FREEHOLDS, INC., Appellant, et al., Defendants.— In an action to foreclose a mortgage, order granting reargument, and upon reargument adhering to the original decision, which granted plaintiff's motion for summary judgment and appointed a referee to compute, and the judgment entered thereon, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The appeal from the original order and the appeals from the other orders in the record are dismissed, without costs. (See *Title Guarantee & Trust Co.*, v. *Queens Freeholds, Inc., ante,* p. 787.) Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

U. S. B. & M. LIQUIDATION CORPORATION, Respondent, v. JOHN CRUICKSHANK et al., Appellants.— In an action to foreclose two mortgages on real property, defendants appeal, asserting that the mortgages are unenforcible by reason of usury and that no defaults in the payment of principal and interest have been established. Judgment of the County Court of Nassau County unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ. [See *post*, p. 879.]

VARIABLE CONDENSER CORPORATION, Respondent, v. REX PRODUCTS CORPORATION, Appellant.— Order striking out certain defenses and granting leave to serve an amended answer, insofar as appealed from, affirmed, with ten dollars costs and disbursements, with leave to appellant to serve an amended answer within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.